UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                    Case No. 18-CV-0822

JOSEPH A. HALLADA, JR. et al.,

        Defendants

---

## ORDER FOR PRIORITY OF LIEN PAYMENT

---

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that any proceeds up to the amount owed to Greenstone Farm Credit Services, FLCA ($80,230.28 as of July 20, 2018, with interest continuing to accrue) from the sale of property in Marinette County, WI described as:

Parcel 1: The Southwest One-quarter of the Northeast One-quarter (SW ¼ of the NE ¼) of Section 31, Township 30 North, Range 20 East, in the Town of Pound, Marinette County, Wisconsin. SUBJECT to and EXCEPTING any parts thereof that are presently conveyed, used, laid out, or dedicated, for roadway purposes.

Tax Parcel Number: 028-00428.000

Parcel 2: The Northwest One-quarter of the Southeast One-quarter (NW ¼ of the SE ¼) of Section 31, Township 30 North, Range 20 East, in the Town of Pound, Marinette County, Wisconsin. SUBJECT to and EXCEPTING any parts thereof that are presently conveyed, used, laid out, or dedicated, for roadway purposes.

Tax Parcel Number: 028-00433.000

Parcel 3: The Northeast One-quarter of the Southeast One-quarter (NE ¼ of the SE ¼) of Section 31, Township 30 North, Range 20 East, in the Town of Pound, Marinette County, Wisconsin. SUBJECT to and EXCEPTING any parts thereof that are presently conveyed, used, laid out, or dedicated, for roadway purposes.

Tax Parcel Number: 028-00432.000

Parcel 4: The Southeast One-quarter of the Southeast One-quarter (SE ¼ of the SE ¼) of Section 31, Township 30 North, Range 20 East, in the Town of Pound, Marinette County, Wisconsin.

SUBJECT to and EXCEPTING any parts thereof that are presently conveyed, used, laid out, or dedicated, for roadway purposes.

Tax Parcel Number: 028-00435.000

Parcel 5: The Northwest One-quarter of the Southwest One-quarter (NW¼ of the SW¼) of Section 28, Township 30 North, Range 20 East, in the Town of Pound, Marinette County, Wisconsin. EXCEPTING therefrom that part described as beginning on the west line of said forty at a point 775 feet North from the Southwest corner thereof; thence East at right angles 300 feet; thence North at right angles 270 feet; thence West at right angles 300 feet to the West line of said forty; thence South on said West line 270 feet to the point of beginning. SUBJECT to and EXCEPTING any parts thereof that are presently conveyed, used, laid out, or dedicated, for roadway purposes.

Tax Parcel Number: 028-00394.000

W10244 West 2nd Rd,
Town of Pound, WI

shall be first paid to Greenstone Farm Credit Services, FLCA prior to paying any balance owed to

the plaintiff.

    IT IS FURTHER ORDERED that any proceeds up to the amount owed to Greenstone

Farm Credit Services, FLCA ($80,230.28 as of July 20, 2018, with interest continuing to accrue)

from the sale of property in Oconto County, WI described as:

Parcel 6: The fractional Northeast One-quarter of the Northeast One-quarter (frl NE ¼ of the NE ¼) of Section 6, Township 29 North, Range 20 East, in the Town of Lena, Oconto County, Wisconsin. SUBJECT to and EXCEPTING any parts thereof that are presently conveyed, used, laid out, or dedicated, for roadway purposes.

Tax Parcel Number: 020-060600111

shall be first paid to Greenstone Farm Credit Services, FLCA prior to paying any balance owed to

the plaintiff.

    SO ORDERED this 25th day of July, 2018.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge